**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 6:25-bk-10911-SY |
| **FREDERICK DOUGLAS WILLIAMS III** | **DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** |
| | **(DISMISSED CASE)** |
| Debtor(s). | |

On <u>03/11/2025</u>, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>4/17/2025</u> at Riverside, California.

Dated: <u>04/17/2025</u>          /s/ Rod Danielson
                                   Signature

FG:049 - 04/17/2025 - TH